Hon. Craig Steve Gunnell
Attorney at Law
P. O. Box 1446
Jennings LA 70546

Christopher H. Hebert
Attorney at Law
701 Robley Dr., #210
Lafayette La 70503

Donald Wayne Price
Due, Price, Guidry
8201 Jefferson Hwy.
Baton Rouge LA 70809

Kirk Andrew Guidry
Due, Price, Guidry
8201 Jefferson Hwy.
Baton Rouge LA 70809

David Wyatt Robertson
Attorney at Law
P. O. Box 699
Dripping Sprin TX 78620

**REHEARING ACTION: February 27, 2013**

**Docket Number: 12   00791-CA**

**BARBARA HOUSSIERE, ET AL**
**VERSUS**
**ASCO USA, ET AL.**

**Appealed from Acadia Parish Case No. 84,068**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. John D. Saunders**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that:

The motions for leave to file supplemental briefs filed by **Barbara Houssiere, et al** and

**BP America Production Company** have been

   **GRANTED.**

The application for rehearing filed by **Barbara Houssiere, et al** has this day been

   **DENIED.**

cc: George Arceneaux, III, Counsel for the Appellee
    Jamie D. Rhymes, Counsel for the Appellee
    Kyle Patrick Polozola, Counsel for the Appellee
    Penny L. Malbrew, Counsel for the Appellee
    Mark LeRay McNamara, Counsel for the Appellee
    Katie Caswell Cambre, Counsel for the Appellee
    Joe Barrelle Norman, Counsel for the Appellee
    Kelly B. Becker, Counsel for the Appellee
    Kelly T. Scalise, Counsel for the Appellee
    Kathryn M. Zainey, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**